953 P.2d 1362

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Cravalho | 18592 | 11/06/97 | Affirmed in part and Reversed in part |
| Ching; The Estate of, In re | 15973 | 11/10/97 | Affirmed |
| Dandar v. Castroverde | 17453 | 11/10/97 | Vacated and Remanded |
| Cho v. Cho | 18063 | 11/14/97 | Affirmed |
| Hewitt v. Hewitt | 17690 | 11/14/97 | Affirmed in part, Vacated and Remanded |
| Taylor v. Taylor | 18106 | 11/17/97 | Affirmed in part, Vacated in part and Remanded |
| Takaki; The Estate of, In re | 17100, 17989 | 11/17/97 | Affirmed in part and Reversed in part |
| Bondaug v. Saito | 19134 | 11/21/97 | Affirmed |
| State v. Nagata | 17888 | 11/24/97 | Affirmed |
| LaMarca v. LaMarca | 18375 | 11/25/97 | Affirmed |
| Standard Management, Inc. v. Kekona | 18388 | 11/25/97 | Vacated and Remanded |
| Associates Financial Services Co. of Hawai'i, Inc. v. Mijo | 17027 | 11/25/97 | Vacated and Remanded |
| Schrandt v. Island Movers, Inc. | 18035 | 11/25/97 | Vacated and Remanded |
| State v. Jardine | 18352 | 11/28/97 | Affirmed |
| Dividend Dev. Corp. v. Grasso | 16797 | 11/28/97 | Affirmed |
| Kau v. Dai–Tokyo Royal State Ins. Co., Ltd. | 20503 | 12/3/97 | Affirmed in part, Vacated and Remanded in part |
| Royal Aloha Vacation Club v. Fortune Marketing Group, Inc. | 17506 | 12/19/97 | Affirmed and Reversed in part, Vacated and Remanded in part |
| Park v. Park | 18132 | 12/29/97 | Affirmed |
| First Ins. Co. v. Santos | 19729 | 1/12/98 | Reversed |
| Chung v. State | 19843 | 1/15/98 | Vacated and Remanded |